FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 0 9 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 24-0038 KWR |
| vs. | ) | Count 1: 18 U.S.C. § 844(i): Attempted Arson; |
| **JIMMY ROBERTS GUILLEN,** | ) | Count 2: 18 U.S.C. § 844(i): Arson. |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 3, 2023, in Curry County, in the District of New Mexico, the defendant, **JIMMY ROBERTS GUILLEN**, maliciously attempted to damage and destroy, by means of fire, the Lowe's store, a building located on North Prince Street in Clovis, New Mexico, which building was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

### Count 2

On or about September 3, 2023, in Curry County, in the District of New Mexico, the defendant, **JIMMY ROBERTS GUILLEN**, maliciously damaged and destroyed, by means of fire, the Walmart store, a building located on North Prince Street in Clovis, New Mexico, which building was used in interstate commerce and in an activity affecting interstate commerce.

In violation of 18 U.S.C. § 844(i).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

*Sjm*